IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**STONE BANK,**

    **Plaintiff,**

**v.**                                                                    Case No. 2:19-cv-02040

**CAH ACQUISITION COMPANY 11, LLC**

    **Defendant.**

## NOTICE OF APPEARANCE

Jennifer Vallor Ivy requests that she be entered as an attorney of record for Defendant CAH Acquisition Company 11, LLC, in the above styled matter. This request is made on behalf of Defendant without waiving, but while specifically reserving, all defenses to which Defendant is entitled.

                                            Respectfully submitted,

                                            RAINEY, KIZER, REVIERE & BELL, P.L.C.

                                        By:   s/    Jennifer Vallor Ivy
                                                JOHN D. BURLESON, BPR No. 010400
                                                CHARLES C. EXUM, BPR No. 014837
                                                JENNIFER VALLOR IVY, BPR No. 033600
                                                *Attorneys for Defendants*
                                                209 East Main Street
                                                P.O. Box 1147
                                                Jackson, TN 38302-1147
                                                (731) 423-2414
                                                jburleson@raineykizer.com
                                                cexum@raineykizer.com
                                                jivy@raineykizer.com

13449-87221

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 15th day of January, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                                   s/   Jennifer Vallor Ivy