UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

*Thomas M. Gould, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U.S. Courthouse, Room 262*
*167 N. Main Street*  *111 South Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee  38301*
*(901) 495-1200*  *(731) 421-9200*

---

NOTICE OF SETTING
Before Judge Sheryl H. Lipman, United States District Judge

---

January 22, 2019

RE:   **2:19-cv-02040-SHL**
      **Stone Bank v. CAH Acquisition Company 11, LLC**

Dear Sir/Madam:

A **HEARING re: [8]** *Emergency Motion for Hearing re Notice of Removal, Extension of TRO Entered by Lauderdale County Chancery Court, and Expedited Hearing on Emergency Motion for Appointment of Receiver and Related Injunctive Relief* has been **SET** before **Judge Sheryl H. Lipman** for **WEDNESDAY, JANUARY 23, 2019** at **8:00 A.M. in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/ Terry Haley*,
      Case Manager to Judge Sheryl H. Lipman
      901-495-1276
      terry_haley@tnwd.uscourts.gov