UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

*Thomas M. Gould, Clerk*　　　　　　　　　　　　　　　　　　　　　　*Deputy-in-Charge*
*242 Federal Building*　　　　　　　　　　　　　　　　　　　　*U.S. Courthouse, Room 262*
*167 N. Main Street*　　　　　　　　　　　　　　　　　　　　　*111 South Highland Avenue*
*Memphis, Tennessee 38103*　　　　　　　　　　　　　　　　　　*Jackson, Tennessee  38301*
*(901) 495-1200*　　　　　　　　　　　　　　　　　　　　　　　　　　　　*(731) 421-9200*

NOTICE OF SETTING
Before Judge Sheryl H. Lipman, United States District Judge

January 22, 2019

RE:　**2:19-cv-2040-SHL**
　　　**Stone Bank v. CAH Acquisition Company 11, LLC**

Dear Sir/Madam:

A **HEARING re: [8] Appointment of Receiver** has been **SET** before **Judge Sheryl H. Lipman** for **TUESDAY, JANUARY 29, 2019** at **2:00 P.M. in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

　　　　　　　　　　　　Sincerely,
　　　　　　　　　　　　THOMAS M. GOULD, CLERK
　　　　　　　　　BY:　*s/ Terry Haley*,
　　　　　　　　　　　　Case Manager to Judge Sheryl H. Lipman
　　　　　　　　　　　　901-495-1276
　　　　　　　　　　　　terry_haley@tnwd.uscourts.gov