**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

_____

**STONE BANK,**

      **Plaintiff,**

**v.**                                        **Case No. 2:19-cv-02040-SHL-dkv**

**CAH ACQUISITION COMPANY 11, LLC,**

      **Defendant.**

_____

**RECEIVER'S INTERIM REPORT
March 26, 2019**

_____

The Lauderdale Community Hospital is open though the emergency room remains on diversion.

I opened an account at First Citizens National Bank, which has branches in Ripley and Dyersburg. Through the cooperation and assistance of the Bureau of Tenncare I received a quarterly payment in the amount of $195,760.68. I have also received miscellaneous payments made directly to the hospital. On March 21, 2019, US Bank transferred the funds held in the lock box account to the First Citizens National Bank account. The US Bank account remains open to receive Medicare reimbursements and other insurance payments.

On March 8, 2019, I filed a petition for reorganization of the company pursuant to Chapter 11 of the Bankruptcy Code in order to protect the assets of the company from creditors and obtain financing. Stone Bank agreed to provide up to five hundred thousand dollars ($500,000.00) to operate the hospital

I have used the funds from Tenncare, the miscellaneous payments, and two hundred thousand dollars ($200,000.00) drawn on the Stone Bank loan to pay the employees and critical vendors. The payrolls are current. I retained the federal withholdings and employee contributions to 401ks and health insurance until I could ascertain how and where those funds should be disbursed.

I am in the process of having a new management company. I expect to sign a contract this

week and have the new company onsite with days.

I am in possession of funds adequate to operate the hospital for several weeks. The new management company will implement procedures to begin the revenue cycle immediately.

I have contact on a daily basis with the staff of the hospital. I am working with Stone Bank's attorneys, representatives of State agencies, and local officials to develop plans for the future of the hospital.

Respectfully submitted,

/s/Marianna Williams
Marianna Williams, #7199
ASHLEY & ARNOLD
322 N. Church Street
P.O. Box H
Dyersburg, TN 38025
Telephone: (731) 285-5074

## CERTIFICATE OF SERVICE

I, Marianna Williams, hereby certify that I have served a true copy of the foregoing instrument electronically or by depositing a copy of same in the U.S. mail postage paid, to the following parties on the 26th day of March, 2019:

Lewis L. Cobb, Jr.
Attorney for Plaintiff
lewiscobb@spraginslaw.com

Jerry P. Spore
Attorney for Plaintiff
jpspore@spraginslaw.com

Jonathan O. Steen
Attorney for Plaintiff
jsteen@rsslawfirm.com

John D. Burleson
Attorney for Defendant
jburleson@raineykizer.com

Charles C. Exum
Attorney for Defendant
cexum@raineykizer.com

Jennifer Vallor Ivy
Attorney for Defendant
jivy@raineykizer.com

Frank M. Smith
Attorney for Defendant
frank.smith@fmslawyer.com

/s/ Marianna Williams
Marianna Williams